UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-33-WFJ-TGW

JAVIER MARES.
_____/

**ORDER**

THIS CAUSE came on for consideration upon the Motion to Withdraw as Counsel (Doc. 18).

The Office of the Federal Public Defender seeks to withdraw from representation of the defendant due to a conflict of interest (id., p. 1). This request will be granted and attorney Mark O'Brian will be appointed to represent the defendant.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Withdraw as Counsel (Doc. 18) be, and the same is hereby, **GRANTED**. Attorney Mark O'Brian shall be appointed to represent the defendant.

DONE and ORDERED at Tampa, Florida, this 8th day of May, 2024.

                                                               */s/ Thomas G. Wilson*
                                                               THOMAS G. WILSON
                                            UNITED STATES MAGISTRATE JUDGE